1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California Bar No. 110984
        United States Courthouse
7       312 N. Spring Street, Suite 1400
        Los Angeles, California 90012
8       Telephone:  (213) 894-5710
        Facsimile:  (213) 894-7177
9       Email:      frank.kortum@usdoj.gov

10 Attorneys for Plaintiff
   United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 05-2556-DOC (ANx) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) JUDGMENT |
| $333,806.93 IN PROCEEDS FROM THE FORECLOSURE OF REAL PROPERTY LOCATED AT 26948 PACIFIC COAST HIGHWAY, MALIBU, CALIFORNIA, | ) |
| Defendant. | ) |
| LEIGH-DAVIS GLASS, | ) |
| Claimant. | ) |

/ /

/ /

/ /

1

1   The motion of plaintiff to strike the claim filed in this
2   action having been granted, IT IS ORDERED that the defendant
3   currency is forfeited to the United States.  The United States
4   Marshals Service is ordered to dispose of the defendant currency
5   in accordance with law.
6   DATED: September 22, 2010

*David O. Carter*
HONORABLE DAVID O. CARTER

10  PRESENTED BY:

11  ANDRÉ BIROTTE JR.
    United States Attorney
12  ROBERT E. DUGDALE
    Assistant United States Attorney
13  Chief, Criminal Division
    STEVEN R. WELK
14  Assistant United States Attorney
    Chief, Asset Forfeiture Section

17  _____
    FRANK D. KORTUM
    Assistant United States Attorney
18
    ATTORNEYS FOR PLAINTIFF
19  United States of America